| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter you are filing under: ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Ralph** First Name **A** Middle Name **Wright** Last Name _____ Suffix (Sr., Jr., II, III) | **Shanda** First Name **B** Middle Name **Wright** Last Name _____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name _____ Middle Name _____ Last Name | _____ First Name _____ Middle Name _____ Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 7 6 4 OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – 7 0 1 6 OR 9xx – xx – ____ ____ ____ ____ |

Debtor 1 **Ralph A Wright**
Debtor 2 **Shanda B Wright**            Case number (if known) _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and doing business as names | ☑ I have not used any business names or EINs. <br><br> _____ Business name <br> _____ Business name <br> _____ Business name <br> ___–_____ EIN <br> ___–_____ EIN | ☑ I have not used any business names or EINs. <br><br> _____ Business name <br> _____ Business name <br> _____ Business name <br> ___–_____ EIN <br> ___–_____ EIN |
| **5. Where you live** | **1409 Tarragon Dr** <br> Number Street <br> _____ <br> _____ <br> **Flower Mound    TX    75028** <br> City    State    ZIP Code <br> **Denton** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ Number Street <br> _____ P.O. Box <br> _____ City    State    ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ Number Street <br> _____ <br> _____ <br> _____ City    State    ZIP Code <br> _____ County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ Number Street <br> _____ P.O. Box <br> _____ City    State    ZIP Code |
| **6. Why you are choosing this district to file for bankruptcy** | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☑ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> **Business property in the division** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Ralph A Wright**
Debtor 2 **Shanda B Wright**      Case number (if known) _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☐ Yes.

District _____ When _____ Case number _____
                      MM / DD / YYYY

District _____ When _____ Case number _____
                      MM / DD / YYYY

District _____ When _____ Case number _____
                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                      MM / DD / YYYY   if known

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                      MM / DD / YYYY   if known

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Ralph A Wright**
Debtor 2 **Shanda B Wright**      Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                                               State   ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property? _____
Number    Street

_____

_____  _____  _____
City                                               State   ZIP Code

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 4

Debtor 1 **Ralph A Wright**
Debtor 2 **Shanda B Wright** _____ Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Ralph A Wright**
Debtor 2 **Shanda B Wright**            Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☒ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor 1 | **Ralph A Wright** | |
| Debtor 2 | **Shanda B Wright** | Case number (if known) _____ |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Ralph A Wright**  
Ralph A Wright, Debtor 1

Executed on **06/14/2022**  
MM / DD / YYYY

X **/s/ Shanda B Wright**  
Shanda B Wright, Debtor 2

Executed on **06/14/2022**  
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | **Ralph A Wright** | |
| Debtor 2 | **Shanda B Wright** | Case number (if known) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ David L. Pritchard**     Date **06/14/2022**
Signature of Attorney for Debtor                  MM / DD / YYYY

**David L. Pritchard**
Printed name

**The Pritchard Law Firm, PLLC**
Firm Name

**1244 Southridge Court Ste 102**
Number      Street

**Hurst**         **TX**      **76053**
City            State     ZIP Code

Contact phone **(817) 285-8017**      Email address **david@dlplegal.com**

**16349990**
Bar number                      State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Ralph A Wright**
**Shanda B Wright**

CASE NO

CHAPTER 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 6/14/2022  Signature /s/ Ralph A Wright
*Ralph A Wright*

Date 6/14/2022  Signature /s/ Shanda B Wright
*Shanda B Wright*

Aashi Bodiwala
913 Giverny Lane
Southlake, TX 76092


Amanda Clower
2617 Evinrude Dr
Grapevine, TX 76051


Anastasia Shafer
1519 Shadowbrook Dr
Keller, TX 76248


Anne Bean
808 Hillcrest Trl
Southlake, TX 76092


Arkon Group
500 W Madison Street, Suite 100
Chicago, Il 60661


Bank Of America
P.O. Box 30770
Tampa, FL 33630-3770


Capital One
PO Box 60
St Cloud, MN 56302


Carroll Independent School District
Communications & Engagement
2400 N Carroll Ave
Southlake, TX 76092


Catt Gill
808 Hillcrest Trl
Southlake, TX 76092

```
CH Retail Fund II
3819 Maple Ave
Dallas, TX 75219


Chase
700 Kansas Lane
Monroe, LA 71203


Chioma Elendu
2123 Beaver Creek Ln
Southlake, TX 76092


Citibank
PO Box 6004
Sioux Falls, SD 57117


Corporate Services Consultants
1015 N Gay St
PO Box 1048
Dandridge, TN 37725


Doeun Lee
1501 Plantation Drive
Southlake, TX 76092


DuWest Realty
4403 N Central Expwy, Suite 300
Dallas, TX 75205


Elizabeth Langston
914 Westminster Way
Southlake, TX 76092


Gabriel Estrada
1005 Summer Oaks Dr
Denton, TX 76209
```

Googleplex
1600 Ampitheatre Pkwy
Mountainview, CA 94043


Grant Duong
7224 Bursey Road
North Richland Hills, TX 76182


Grayson Miller
2514 Trophy Club
Roanoke, TX 76262


Holly McCann
545 Oak Hill Dr
Soutlake, TX 76092


Huntington Learning Center, Inc.
496 Kinderkamack Rd
Ordell, NJ 07649


Isabella Carlos-Bedoya
2736 Trophy Club Drive
Roanoke, TX 76262


Jonah Clower
2617 Evinrude Dr
Grapevine, TX 76051


Julian Baum
1501 Plantation Drive
Southlake, TX 76092


Kaleb Wallace-Bolela
4634 Manila Dr
Jackson, MS 39206

Kameron Abram
2605 Navero Trail
Euless, TX 76039

Kelly Watson
1417 Whispering Dell Ct
Southlake, TX 76092

Kiran Bodiwala
913 Giverny Lane
Southlake, TX 76092

LaNora Thomas
302 W Corporate Dr
Lewisville, TX 75067

Lindy Langston
914 Westminster Way
Southlake, TX 76092

Linhang Yan
4113 Countryside Dr
Grapevine, TX 76051

Lisa Abram
2605 Navero Trail
Euless, TX 76039

Lourdimareddy Gumireddy
810 Huntington Ct
Southlake, TX 76092

Lucia Gumiready
810 Huntington Ct
Southlake, TX 76051

Marci Miller
2514 Trophy Club
Roanoke, TX 76262

Martin McCann
545 Oak Hill Dr
Soutlake, TX 76092

Mary Reagor
4168 Brentwood Cir
Grapevine, TX 76051

Michael Elendu
2123 Beaver Creek Ln
Southlake, TX 76092

N2 Publishing
5051 New Centre Dr
Wilmington, NC 28403

Nia Baum
1501 Plantation Dr
Southlake, TX 76092

Owen Clower
2617 Evinrude Dr
Grapevine, TX 76051

PressOne
38031 Crescent Street, 2d Floor
New York, NY 11101

Ren Ying
4113 Countryside Dr
Grapevine, TX 76051

Ross Pailes  
8509 Clay Hibbins Rd  
Keller, TX 76248

Samantha Pailes  
8509 Clay Hibbins Rd  
Keller, TX 76248

Saskya Zuniga  
2736 Trophy Club Drive  
Roanoke, TX 76262

Simona Shafer  
1519 Shadowbrook Dr  
Keller, TX 76248

Spectrum  
PO Box 94188  
Palatine, Il 60094

Sydney Mercier  
414 Osprey Ct  
Southlake, TX 76092

Texans Credit Union  
PO Box 853912  
Richardson, TX 75085

The Wright Legacy Group, Inc  
DBA Huntington Learning Center  
1409 Tarragon Dr  
Flower Mound, TX 75028

Trang Doung  
7224 Bursey Road  
North Richland Hills, TX 76182

```
Tri County Electric Cooperative, Inc
200 Bailey Ranch Rd
Aledo, TX 76008



US Small Business Administration
PO Box 3918
Portland, OR 97208



Valencia Wallace
4634 Manila Dr
Jackson, MS 39206



Zip Whip
300 Elliott Ave W, Suite 500
Seattle, WA 98119
```